**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JOE HENRY SCOTT, III,
Inmate No. ECSO-00MNI-006285,

      Plaintiff,

v.                                         CASE NO. 3:15cv578/MCR/EMT

MARIA LANDY, et al.,

      Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 28, 2017. ECF No. 9. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

      Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious and that Plaintiff be assessed a "strike" under 28 U.S.C. § 1915(e).

**DONE AND ORDERED** this 27th day of September, 2017.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**